IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )         8:07CR357
                               )
      v.                       )
                               )
JAI ALVAREZ,                   )         ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 32).  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Tuesday, May 27, 2008, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 14th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court